# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>        *Plaintiff,*<br>v.<br><br>UNIVERSITY OF VIRGINIA, *et al.*,<br><br>        *Defendants.* | CASE NO. 3:22-cv-00064<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  Plaintiff properly filed an amended complaint as a matter of course, Dkt. 10. *See* Fed. R. Civ. P. 15(a)(1)(B). Defendants' motion to dismiss the original complaint, Dkt. 4, has been mooted by the filing of amended complaint, as that amended pleading supersedes the original complaint and rendered it of no effect. *Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court will **DENY as moot** Defendants' motion to dismiss for failure to state a claim and lack of jurisdiction. Dkt. 4. Defendants may raise any arguments contained in that earlier motion in any response to the amended complaint if they wish.

  It is so **ORDERED**.

  The Clerk of Court is directed to send this Order to counsel of record.

  ENTERED this   2nd   day of December, 2022.

                */s/ Norman K. Moon*
                NORMAN K. MOON
                SENIOR UNITED STATES DISTRICT JUDGE