IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **JOHN DOE,** | |
| **Plaintiff,** | |
| v. | Case No. 3:22-cv-00064-NKM |
| **UNIVERSITY OF VIRGINIA, et al.,** | |
| **Defendants.** | |

## JOINT MOTION TO AMEND THE PRETRIAL ORDER

Plaintiff, John Doe, and Defendants, University of Virginia, Christine Wechsler, Emily Babb, Rebecca Locke Leonard, Rajiva Seneviratne, and Diane Whaley, in their individual capacities, and James E. Ryan, in his official capacity, through counsel, move to Amend the Pretrial Order (ECF No. 22) for the reasons in the attached Brief in Support.

**Respectfully submitted,**

**DEFENDANTS, UNIVERSITY OF VIRGINIA, CHRISTINE WECHSLER, EMILY BABB, REBECCA LOCKE LEONARD, RAJIVA SENEVIRATNE, AND DIANE WHALEY, IN THEIR INDIVIDUAL CAPACITIES, AND JAMES E. RYAN, IN HIS OFFICIAL CAPACITY**

*/s/ Amy E. Hensley*
Amy E. Hensley (VSB No. 80470)
Sandra S. Gregor (VSB No. 47421)
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Telephone: (804) 371-2267
Facsimile: (804) 371-2087
ahensley@oag.state.va.us
sgregor@oag.state.va.us
*Counsel for Defendants*

**PLAINTIFF JOHN DOE**

*/s/ Benjamin North*
Benjamin North (VSB No. 97439)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel: (703) 888-1943
Fax: (703) 888-1930
ben@binnall.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th of December, 2022, I filed a copy of the foregoing document using the Court's ECM/ECF filing system, which will send an electronic notification of the same (NEF) to counsel of record for the plaintiff.

*/s/ Amy E. Hensley*
Assistant Attorney General
Office of the Attorney General

2