IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JOHN DOE,<br><br>       Plaintiff,<br><br>v.<br><br>UNIVERSITY OF VIRGINIA, *et al.*<br><br>       Defendants. | Case No. 3:22-cv-00064-NKM |

### CONSENT MOTION TO CONTINUE DEADLINES

Plaintiff John Doe and Defendant University of Virginia, by counsel, pursuant to Fed. R. Civ. P. 29(b), respectfully move for a continuance of all deadlines, including discovery, hearing dates, and trial, by sixty (60) days. The Parties have been engaged in good faith settlement discussions and require more time to arrive at whether settlement can be reached. The proposed extension is not in conflict with Rule 26 and will not prejudice any party.

Accordingly, the Parties respectfully request a continuance of all deadlines by 60 days with a completion of discovery by November 11, 2023, and trial beginning on or around February 12, 2024.

Dated: July 10, 2023                              Respectfully submitted,

                                                                  */s/ Benjamin North*
                                                                  Benjamin North (VSB No. 97439)
                                                                  BINNALL LAW GROUP, PLLC
                                                                  717 King Street, Suite 200

                                      Alexandria, Virginia 22314
                                      Tel:  (703) 888-1943
                                      Fax: (703) 888-1930
                                      ben@binnall.com

                                      *Counsel for Plaintiff John Doe*