IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| JOHN DOE,<br><br>     Plaintiff,<br><br>v.<br><br>UNIVERSITY OF VIRGINIA<br><br>     Defendant. | Case No. 3:22-cv-00064-NKM |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that the above entitled and numbered action be dismissed with prejudice, each party to bear its own cost.

Dated: April 16, 2024                                                  Respectfully submitted,


<u>/s/  Benjamin North</u>
Benjamin North (VSB No. 97439)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Tel:  (703) 888-1943
Fax: (703) 888-1930
ben@binnall.com

*Counsel for Plaintiff John Doe*

<u>/s/  Amy E. Hensley</u>
Amy E. Hensley (VSB No. 80470)
Assistant Attorney General
Office of the Attorney General
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-1586 – Telephone
(804) 371-0200 – Facsimile
hsc5te@virginia.edu

*Counsel for Defendant*